**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

KAKHA ABULADZE, et al.,

                              Plaintiffs,                      **22-CV-8684 (GHW) (KHP)**

                -against-                            **SCHEDULING ORDER**

APPLE COMMUTER INC., et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 9, 2023, the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties.** Plaintiffs shall have until **Monday, April 10, 2023** to amend the complaint and join parties. No further amendments or joinder of parties thereafter will be permitted from any party absent good cause.

**Motions.** Defendants' consolidated Motion to Dismiss is due on **Tuesday, May 9, 2023**. The moving brief shall not exceed 35 pages, exclusive of exhibits or declarations. Plaintiffs' opposition brief is due on **Friday, June 9, 2023**, and is also limited to 35 pages. Defendants' consolidated reply is due on **Friday, June 30, 2023** and is limited to 15 pages.

**Discovery.** In light of the anticipated amended pleading and complexity of discovery, formal discovery is stayed pending the Motion to Dismiss.

**The Clerk of the Court is respectfully requested to terminate the motions at ECF No. 45 and 48, as those motions are addressed by this order.**

**SO ORDERED.**

DATED:   New York, New York
         February 9, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge