```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KAKHA ABULADZE, et al.,

                Plaintiffs,

-v-

APPLE COMMUTER, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 08684 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

      On November 29, 2023, this Court ordered Plaintiffs to address, by December 13, 2023, certain preliminary issues related to four groups of Defendants in this case: (1) certain Defendants that were never served ("Placeholder Defendants"); (2) certain Defendants that are not referenced in Plaintiffs' Second Amended Complaint ("SAC") but remain listed on the docket ("Omitted Defendants"); four Defendants that Plaintiffs generally refer to as "Hilton," without distinguishing among them in the substance of the SAC (the "Hilton Defendants"); and certain Defendants that were served but never appeared ("Non-Appearing Defendants"). (*See* ECF 68.) Plaintiffs have not done so.

      I am sua sponte extending the deadline until **5:00 PM on Monday, December 18, 2023**. If Plaintiffs do not comply with my orders in ECF 68 by that time, then I will issue a Report and Recommendation that covers Plaintiffs' claims against the Non-Appearing Defendants and recommends that: (1) the Placeholder Defendants be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m); (2) the Omitted Defendants be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b); and (3) the Hilton Defendants be dismissed without prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

Dated:    New York, New York
             December 15, 2023

SO ORDERED:

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE