UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

Plaintiffs,

-v-

APPLE COMMUTER INC., et al.,

Defendants.

22-CV-08684 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiffs' proofs of service as to Defendants Hilton Manhattan/Westgate; Holiday Inn Express; Comfort Inn Chelsea/Heritage Hotel; Tryp by Wyndham; St. James Hotel; Shoreham Hotel; Hampton Inn Times Sq. South; and HHLP Duo Two Lessee LLC Candlewood Suites (collectively, the "Non-Appearing Defendants") were filed as attachments to Defendants' Notice of Removal on October 12, 2022. (*See* ECF 1, Not. of Removal Exs. B, J, V, W, Y, Z, AA, BB, CC, DD.) The deadline for the Non-Appearing Defendants to answer or otherwise respond to the Complaint has elapsed. (*See id.*) The Non-Appearing Defendants have neither appeared nor answered.

Accordingly, it is ORDERED that Plaintiffs must move for an order to show cause why default judgment should not be entered against the Non-Appearing Defendants, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court, by **no later than March 8, 2024**. Failure to comply with this Order may, in itself, result in a report and recommendation that the claims against these Defendants be dismissed without prejudice.

DATED: February 14, 2024
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge