UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE et al.,

                    Plaintiffs,

-against-

APPLE COMMUTER, INC. et al.,

                    Defendants.

22-CV-08684 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order on November 17, 2024, referring the case to the assigned Magistrate Judge for general pretrial supervision and dispositive motions (*i.e.*, motions requiring a Report and Recommendation). *See* Dkt. No. 19. All orders, deadlines, and dates issued by Magistrate Judge Tarnofksy likewise remain in effect, and applications related to those deadlines should continue to be directed to Magistrate Judge Tarnofsky. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 5, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/05/2024