UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                Plaintiffs,

    -v-

APPLE COMMUTER INC., et al.,

                Defendants.

22-CV-08684 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 14, 2024, I held a case management conference with the parties.

For the reasons discussed at the conference, IT IS ORDERED that by March 18, 2024, Plaintiffs shall file on the docket Plaintiffs' written consents to sue or a letter explaining why the written consents to sue need not be filed.

IT IS FURTHER ORDERED that by April 7, 2024, Plaintiffs shall effectuate service upon Defendant Shah. If proof of service is not filed on the docket by April 8, 2024, I may recommend that the Court dismiss all claims against Defendant Shah for failure to prosecute.

DATED:  March 15, 2024
            New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge