UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAKHA ABULADZE, et al.,<br><br>                          Plaintiffs,<br>  -v-<br><br>APPLE COMMUTER INC., et al.,<br>                          Defendants. | 22-CV-08684 (MMG) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 6, 2024, the Clerk of Court issued a Certificate of Default against Defendant S&G Hotel Corp. a/k/a St. James Hotel. (*See* ECF 138.) On March 14, 2024, Defendant S&G Hotel Corp. a/k/a St. James Hotel filed a letter request seeking to extend its time to answer the Second Amended Complaint until March 29, 2024. (ECF 169.) Before the Court will consider an extension request and permit an answer, Defendant S&G Hotel Corp. a/k/a St. James Hotel must move to vacate the certificate of default.

Accordingly, it is ORDERED that Defendant S&G Hotel Corp. a/k/a St. James Hotel file a motion to vacate the Certificate of Default against Defendant S&G Hotel Corp. a/k/a St. James Hotel, by **no later than March 29, 2024**.

DATED:  March 15, 2024
         New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge