UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                                    Plaintiffs,

    -v-

APPLE COMMUTER INC., et al.,
                                    Defendants.

22-CV-08684 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court has received Meltzer, Lippe, Goldstein & Breitstone LLP 's-motion seeking permission to withdraw as counsel of record for Defendants Moosazadeh, Hamayoon, Diedrich, Michael a/k/a Hotel at Times Square ("Hotel at Times Square") and New York Marketing, Inc. a/k/a NYMA ("NYMA"). (ECF 227.).

Accordingly, it is ORDERED that:

1. Meltzer, Lippe, Goldstein & Breitstone LLP shall promptly serve unredacted copies of the July 18, 2024 motion and this Order upon Defendants Hotel at Times Square and NYMA, in addition to Defendants' respective ownership entities. Meltzer, Lippe, Goldstein & Breitstone LLP file proof of same on ECF no later than July 25, 2024.

2. If Defendants Hotel at Times Square and NYMA wish to respond to their attorney's motion to withdraw, they may do so by letter, emailed to the Court at TarnofskyNYSDChambers@nysd.uscourts.gov or delivered to the Court by mail, courier, or overnight delivery service addressed to:

Chambers of the Hon. Robyn F. Tarnofsky
United States Magistrate Judge
United States Courthouse
500 Pearl Street

New York, NY 10007

Any letter must be signed by Defendants; must include the name and docket number of this case; must be emailed or delivered to the Court no later than **July 30, 2024**; and must be sent, by mail or email, to Meltzer, Lippe, Goldstein & Breitstone LLP.

3. Any other objections or responses to the withdrawal motion must also be submitted to the Court no later than **July 30, 2024**.

DATED: July 22, 2024
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge