UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                              Plaintiffs,

        -v-

APPLE COMMUTER INC., et al.,

                              Defendants.

22-CV-08684 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 2, 2024, I granted Meltzer, Lippe, Goldstein & Breitstone LLP's motion to withdraw as counsel for two distinct defendants, Moosazadeh, Hamayoon, Diedrich, Michael a/k/a Hotel at Times Square ("Hotel at Times Square") and New York Marketing, Inc. a/k/a NYMA ("NYMA"). (*See* ECF 240.) Defendant NYMA was directed to have replacement counsel file a notice of appearance on its behalf in this action no later than September 5, 2024. By that same date, Defendant Hotel at Times Square was directed to have replacement counsel file a notice of appearance on its behalf or, as to the individuals, Mr. Moosazadeh and Mr. Diedrich, to file a letter on the docket, stating whether they intend to proceed without a lawyer. (*See id.*) On September 9, 2024, I sua sponte extended the time nunc pro tunc until September 20, 2024 for counsel to file a notice of appearance on behalf of Defendant NYMA and for either counsel to file a notice of appearance on behalf of Defendant Hotel at Time Square or for Mr. Moosazadeh and/or Mr. Diedrich to send the Court a letter indicating an intention to proceed pro se. To date, replacement counsel has not filed a notice of appearance on behalf of Defendant Hotel at Times Square or Defendant NYMA. Nor has Mr. Moosazadeh and/or Mr. Diedrich sent the Court a letter indicating an intention to proceed pro se. (*See* ECF 241.)

Accordingly, it is ORDERED that Plaintiffs must move for an order to show cause why default judgment should not be entered against the Defendants Hotel at Times Square, NYMA,

Moosazadeh and Diedrich, in accordance with the Federal Rules of Civil Procedure and the

Local Rules of this Court, by **no later than November 30, 2024**. Failure to comply with this

Order may, in itself, result in a report and recommendation that the claims against these

Defendants be dismissed without prejudice.

DATED:  September 25, 2024
        New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge