UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kakha Abuladze, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Apple Commuter, Inc., et al., <br><br> Defendants. | 22CV08684 (MMG) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties shall file a joint update by November 8, 2024 on the status but not the substance of their settlement discussions. By November 15, 2024, Plaintiffs shall make their application for a default judgment against Defendants Hotel at Times Square, NYMA, Moosazadeh, and Diedrich. The deadline for Defendants to oppose Plaintiffs' class certification motion is extended nunc pro tunc until November 15, 2024, and the deadline for Plaintiffs to file a reply in further support of the class certification motion is extended until December 15, 2024.

DATED:  November 4, 2024
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge