**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAKHA ABULADZE, et al.,

                     *Plaintiffs,*

-against-

APPLE COMMUTER INC., et al.

                     *Defendants.*

Case No. 22-cv-8684(MMG)(RFT)

**PROPOSED CLERK'S CERTIFICATE OF DEFAULT**

      **I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on May 5, 2022, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) NEW YORK MARKETING INC. A/K/A NYMA by personally serving <u>Ms. Mirella, an authorized agent,</u> *and proof of service was therefore filed on June 29, 2022, ECF 1, Ex. 8.* Amended Complaint was served via ECF on January 4, 2023. Second Amended Complaint was served via ECF on May 4, 2023.

      I further certify Gerald C. Waters, Jr., Esq., of Meltzer, Lippe, Goldstein & Breitstone appeared as counsel for NYMA on October 13, 2022, *ECF 3*. On July 18, 2024, counsel for NYMA moved to withdraw as the Hotel Defendant's attorneys, *ECF 226-227*. Their motion to withdraw was granted on August 2, 2024, *ECF 232*. On September 9, 2024, an Order was entered for counsel to file a notice of appearance on behalf of Defendant NYMA by September 20, 2024. NYMA failed to do so by September 20, 2024. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**
       **November 26, 2024**

                                  **DANIEL ORTIZ**
                                  **Clerk of Court**

                    **By: _____**
                          **Deputy Clerk**