UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KAKHA ABULADZE, ERKEGUL ALSHIMBAY,
TEMURBEK AMONOV, ALBERT ARTABAEV,
OLESYA BALAKIREVA, PARVIZ BASHIROV,
KETEVAN CHACHUA,SAYANA DOMSHOEVA,
NATIA DUDUCHAVA, GIORGI GABISONIA,
ALISHER JABBAROV, ILYA KALPAKBAYEVA,
NADEZHDA KHALTANOVA,BEKA KHIPASHVILI,
NATALIA LAPINA, ANUKI LOMIDZE,GVANTSA
MIERZEJEWSKI A/K/A CHRISTINA MARGALITASHVILI,
CHINGIZ MIRZAMSEITOV, IRINA MITROKHINA,
AIDAR ORYNBEKOV, VALENTINA POKROVSKAIA,
NURSULU TAUKEBAYEVA, DZERASSA TEMIRAEVA,
AKZHARKYN YEDRISSOVA, TAMAR ZABAKHIDZE,
ANNA TCEBEKOVA,
 individually and on behalf of all Others similarly situated,

    *Plaintiffs*,

    v.

APPLE COMMUTER INC., BIREN J. SHAH, EDISON
MANAGEMENT CO. LLC A/K/A EDISON HOTEL,
237 WEST 54 OWNER LLC A/K/A HILTON GARDEN INN (54),
HHLP 52 LESSEE LLC A/K/A HILTON GARDEN INN (52),
PNY III LLC A/K/A HILTON MANHATTAN/WESTGATE,
CDL HOTELS USA INC. A/K/A MILLENNIUM HILTON,
HHLP DUO THREE LESSEE LLC A/K/A HOLIDAY INN
EXPRESS, BRISAM MANAGEMENT DE LLC A/K/A
HOLIDAY INN CHELSEA, PATEL KHANBUDHAI/COMFORT
INN A/K/A COMFORT INN CHELSEA/HERITAGE HOTEL,
NEW GENERATION MANAGEMENT CORP. A/K/A
LA QUINTA/HOTEL AT 5TH AVENUE, WOLCOTT HOTEL CO.
A/K/A WOLCOTT HOTEL, S&G HOTEL CORP. A/K/A
ST. JAMES HOTEL, EROS MANAGEMENT & REALTY LLC
A/K/A TRYP BY WYNDHAM, THE SHOREHAM LLC A/K/A
SHOREHAM HOTEL, HAMPTON INN A/K/A HAMPTON INN
TIMES SQ SOUTH,  NEW YORK MARKETING INC
A/K/A NYMA, MOOSAZADEH, HAMAYOON
DIEDERICH, MICHAEL A/K/A HOTEL AT TIMES SQUARE,
HHLP DUO TWO LESSEE LLC CANDLEWOOD SUITES,
EXECUTIVE LE SOLEIL NEW YORK LLC A/K/A
EXECUTIVE HOTEL LE SOLEIL NEW YORK,
228 WEST 47 STREET XYZ CORP., 237 WEST 54 STREET
XYZ CORP., 206 EAST 52 STREET XYZ CORP., 304 EAST
42 STREET XYZ CORP., ONE UNITED NATIONS PLAZA
XYZ CORP., 343 WEST 39 STREET XYZ CORP., 232 WEST
29 STREET XYZ CORP.,18 WEST 25 STREET XYZ COPR.,
17 WEST 32 STREET XYZ CORP., 4 WEST 31 STREET
XYZ COPR., 109 WEST 45 STREET XYZ CORP., 345 WEST
35 STREET XYZ CORP., 33 WEST 55 STREET XYZ CORP.,

**PROPOSED DEFAULT JUDGMENT**

Case No.: 1-22-cv-08684

337 WEST 39 STREET XYZ CORP., 6 WEST 32 STREET
XYZ CORP., 59 WEST 46 STREET XYZ CORP.,
38 WEST 36 STREET XYZ CORP., AND JOHN/JANE DOE.

*Defendants*.

---

This action having been commenced on May 5, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Moosazadeh, Hamayoon Diederich, Michael a/k/a Hotel at Times Square, on September 12, 2022, by service on Cogency Global Inc., an appointed registered agent, and a proof of service having been filed on October 12, 2022, and a Notice of Appearance of Counsel for Hotel at Times Square having been entered on October 13, 2022, and; an Amended Complaint having been served via ECF on January 4, 2023, and; a Second Amended Complaint having been served via ECF on May 4, 2023, and; Counsel for Hotel at Times Square moving to withdraw as Hotel at Times Squares' attorneys on July 18, 2024, and; Counsel's motion to withdraw having been granted on August 2, 2024, and; an Order being entered for counsel to file a notice of appearance on behalf of Hotel at Times Square by September 20, 2024, and; the time for counsel to file a notice of appearance on behalf of Hotel at Times Square having expired it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $104,151.63 with interest from August 23, 2015, amounting to an amount to be determined at trial plus costs and disbursements of this action in the amount of an amount to be determined at trial, amounting in all to an amount to be determined at trial.

Dated: New York, New York

                                                                             U.S.D.J.

This document was entered on the docket on _____.

\