UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAKHA ABULADZE, et al., | |
| Plaintiffs, | 22-CV-08684 (MMG) (RFT) |
| -v- | |
| APPLE COMMUTER INC., et al., | **ORDER** |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 4, 2024, I issued an Order directing Plaintiffs to move for an order to show cause why default judgment should not be entered against Defendants Hotel at Times Square, NYMA, Moosazadeh, and Diedrich (the "Defaulting Defendants"). (*See* ECF 250.) Plaintiffs submitted their response to the Order dated November 4, 2024, ECF 257-70, and have satisfied the Order.

Accordingly, it is Ordered that **no later than January 15, 2025** Plaintiffs shall file an Amended Proposed Findings of Fact and Conclusions of Law ("Amended Proposed Findings") along with updated evidence to support an award of damages to include Defendants Hotel at Times Square, NYMA, Moosazadeh, and Diedrich, in accordance with the specifications set forth in my March 18, 2024 Order (ECF 176). Plaintiffs' Amended Proposed Findings and supporting documentation shall modify and supersede their April 18, 2024 submission (ECF 195). Plaintiffs are directed to submit native forms of any excel sheets created in support of their damages request. In addition, Plaintiffs shall remove all references to defendants for which a certificate of default has been vacated, including Defendant S&G, Comfort Inn Chelsea/Heritage Hotel and Eros Management & Realty LLC.

Prior to filing, Plaintiffs shall serve each Defaulting Defendant by mail at its last known address with Plaintiffs' Amended Proposed Findings, together with supporting materials and a copy of this Order. Plaintiffs shall file proof of such service along with its Amended Proposed Findings. *See* Local Civil Rule 55.2(c) ("[A]ll papers submitted to the Court pursuant to Local Civil Rule 55.2(a) or (b)" must be "mailed to the party against whom a default judgment is sought," and proof of such mailing "shall be filed with the Court."). Default Defendants shall file a response **no later than January 31, 2025**.

DATED:  December 6, 2024
        New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge