UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                                    Plaintiffs,

        -v-

APPLE COMMUTER INC., et al.,

                                    Defendants.

22-CV-08684 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

        On October 25, 2024 all active parties filed a Notice of Settlement. (ECF 247.) On November 1, 2024 I held a telephonic conference where the parties disclosed they needed additional time to come to an agreement on the settlement terms. On November 25, 2024, all active parties submitted a joint letter confirming that they have agreed to a settlement in principle and requesting that I set a January 15, 2025 deadline for the parties to file a motion for approval of the proposed settlement in this putative class action. (ECF 224). On that same date, I granted the parties' request. (ECF 225.)

        Accordingly, if any party disagrees with the settlement terms, that party is directed to file a letter on the docket **no later than January 3, 2025**.

DATED:  December 6, 2024
             New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge