UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                          Plaintiffs,

  -v-                                               22-CV-08684 (MMG) (RFT)

APPLE COMMUTER INC., et al.,                    **ORDER**

                        Defendants.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic conference on **Friday, January 10, 2025 at 11:00 AM**. Counsel shall be prepared to discuss the status not the substance of settlement negotiations and shall join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 196 420 486#.**

DATED:  January 6, 2025
             New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge