# THE SCHER LAW FIRM, LLP

600 OLD COUNTRY ROAD, SUITE 440
GARDEN CITY, NY 11530

MARTIN H. SCHER*
JONATHAN L. SCHER**

AUSTIN R. GRAFF*

TEL: 516-746-5040

FAX: 516-746-5043

W. SCOTT KERSHAW
COUNSEL

MICHAEL SCHILLINGER
COUNSEL

ROLAND P. BRINT
COUNSEL

ADAM GANG
COUNSEL

ROBERT S. NAYBERG
(1959-2012)

*Also Admitted in District of Columbia
*Also Admitted in New Jersey

January 6, 2025

**BY ECF**
Hon. Robyn F. Tarnofsky, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Abuladze, et al. v. Apple Commuter, Inc., et al.
S.D.N.Y. Docket No. 22-cv-08684

Dear Magistrate Judge Tarnofsky:

This law firm represents the Defendant EROS Management & Realty LLC a/k/a Tryp by Wyndham ("EROS") in the above-referenced Action.

The Court has scheduled a telephonic conference on Friday, January 10, 2025 at 11:00 am. (Docket Number 276) in this Action. Unfortunately, I will be unable to attend. I will be flying to Houston, Texas on Friday, January 10, 2025 on an 8:00 am flight for my uncle's funeral, which is being held on Saturday and will be in the air at the time of the conference.

My apologies for not being able to attend. I will reach out to one of my co-counsels on the Defendants' side of the "v" on Monday for a re-cap of events.

Thank you in advance for excusing me from the conference.

Respectfully submitted,

THE SCHER LAW FIRM, LLP

Austin Graff

ARG:ms
c:   Counsel of Record (by ECF)
H:\Sharma, John\2024- Abuladze v Apple Commuter Inc\1-6-2025 letter re missing conference.docx