UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kakha Abuladze,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>Apple Commuter, Inc., et al.,<br><br>　　　　　　Defendants. | 22cv08684 (MMG)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　On January 10, 2025 I held a telephonic conference to discuss the status of the parties' settlement and any pending issues.

　　As discussed at the conference, Plaintiffs shall file Amended Proposed Findings of Fact and Conclusions of Law in connection with their application for a default judgment against certain Defendants by **January 15, 2025,** as set forth in my order of December 6, 2024 (ECF 272).

　　Any motions to enforce a settlement agreement based on a term sheet shall be filed by **January 24, 2025.** Oppositions to any such motions shall be filed by **February 7, 2025.** Replies, if any, in further support of any such motions shall be filed by **February 14, 2025.**

　　The schedule for the remaining briefing on Plaintiff's motion for class certification is extended nunc pro tunc as follows (this schedule is slightly different than the one discussed at the conference): Oppositions, if any, to Plaintiffs' pending motion for class certification shall be filed by **February 24, 2025;** and any reply in further support of Plaintiffs' pending motion for class certification shall be filed by **March 3, 2025.**

　　If the parties, or any of them, would like to hold another session with a Court-annexed mediator or participate in a settlement conference before me, they may file a letter on the docket requesting that the Court facilitate further settlement talks. I do not expect to extend the schedule set forth in this order absent extremely good cause shown; participation in further settlement talks shall not constitute the requisite cause.

DATED:　January 10, 2025
　　　　　New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE