# BALLON STOLL P.C.

COUNSELLORS AT LAW             FOUNDED 1931                     810 SEVENTH AVENUE
                                                                       SUITE 405
                                                                NEW YORK, NY 10019
                                                                   Ph: 212-575-7900

                                                                www.ballonstoll.com

                                                                VANO I. HAROUTUNIAN
                                                                vharoutunian@ballonstoll.com

February 14, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

    Re: *Abuladze, et al. v. Apple Commuter, Inc., et al.*
      Case No.: 1:22-cv-08684-GHW-RFT
      Our File No.: 20559.002

Dear Magistrate Judge Tarnofsky:

  We represent the plaintiffs in the above-referenced action. We write to You to respectfully request a one-week extension to show cause as to why Your Honor should not issue a report and recommendation that the Honorable Margaret M. Garnett should sua sponte dismiss pursuant to Federal Rule of Civil Procedure 12(c) Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") against Defendants Apple Commuter, Inc. ("Apple") and Biren J. Shah ("Shah"). (ECF 291). Plaintiffs intend to file a letter on or before February 21, 2025.

  We thank the Court in advance for its consideration.

              Respectfully submitted,

              */s/ Vano Haroutunian*
              Vano I. Haroutunian, Esq. (VH1010)
              *Counsel for Plaintiffs*

cc: All Counsel of Record (via ECF)