# BALLON STOLL P.C.

COUNSELLORS AT LAW   FOUNDED 1931   810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

VANO I. HAROUTUNIAN
vharoutunian@ballonstoll.com

February 14, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

      Re:    *Abuladze, et al. v. Apple Commuter, Inc., et al.*
              Case No.: 1:22-cv-08684-GHW-RFT
              Our File No.: 20559.002

Dear Magistrate Judge Tarnofsky:

      We represent the plaintiffs in the above-referenced action. We write to You to respectfully request a one-week extension to show cause as to why Your Honor should not issue a report and recommendation that the Honorable Margaret M. Garnett should sua sponte dismiss pursuant to Federal Rule of Civil Procedure 12(c) Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") against Defendants Apple Commuter, Inc. ("Apple") and Biren J. Shah ("Shah"). (ECF 291). Plaintiffs intend to file a letter on or before February 21, 2025.

      We thank the Court in advance for its consideration.

                                              Respectfully submitted,

                                              */s/ Vano Haroutunian*
                                              Vano I. Haroutunian, Esq. (VH1010)
                                              *Counsel for Plaintiffs*

cc:    All Counsel of Record (via ECF)

---

Application granted. The time for the parties to indicate their positions on whether the FLSA claims should be dismissed as against Defendants Apple and Shah is extended nunc pro tunc until February 21, 2025. The time for Plaintiffs to withdraw the motion for class certification is extended nunc pro tunc until February 21, 2025. Plaintiff's deadline for withdrawing their motion to enforce a settlement agreement is February 21, 2025.
The Clerk of Court is respectfully requested to terminate ECF 292.

Date: 2/19/2025   SO ORDERED
New York, NY

*[signature]*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE