# BALLON STOLL P.C.

COUNSELLORS AT LAW        FOUNDED 1931        810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

VANO I. HAROUTUNIAN
vharoutunian@ballonstoll.com

February 21, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

       Re:    *Abuladze, et al. v. Apple Commuter, Inc., et al.*
                Case No.: 1:22-cv-08684-GHW-RFT
                Our File No.: 20559.002

Dear Magistrate Judge Tarnofsky:

       We represent the Plaintiffs in the above-referenced action. We write to inform the Court that, pursuant to ECF 291, Plaintiffs agree that the Honorable Margaret M. Garnett should *sua sponte* dismiss pursuant to Federal Rule of Civil Procedure 12(c) Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") against Defendants Apple Commuter, Inc. ("Apple") and Biren J. Shah ("Shah").

       We thank the Court in advance for its consideration.

Respectfully submitted,

*/s/ Vano Haroutunian*
Vano I. Haroutunian, Esq. (VH1010)
*Counsel for Plaintiffs*

cc:     All Counsel of Record (via ECF)