UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

KAKHA ABULADZE, et al.,

        *Plaintiffs*,

Case No.: 1-22-cv-08684-MMG-RFT

**NOTICE OF WITHDRAWAL OF
MOTION TO CERTIFY CLASS**

    v.

APPLE COMMUTER INC., et al,

        *Defendants*.

_____

Plaintiffs KAKHA ABULADZE, ERKEGUL ALSHIMBAY, TEMURBEK AMONOV, ALBERT ARTABAEV, OLESYA BALAKIREVA, PARVIZ BASHIROV, KETEVAN CHACHUA, TATIANA DAVID, SAYANA DOMSHOEVA, NATIA DUDUCHAVA, GIORGI GABISONIA, ALISHER JABBAROV, ILYA KALPAKBAYEVA, NADEZHDA KHALTANOVA, BEKA KHIPASHVILI, NATALIA LAPINA, ANUKI LOMIDZE, GVANTSA MIERZEJEWSKI A/K/A CHRISTINA MARGALITASHVILI, CHINGIZ MIRZAMSEITOV, IRINA MITROKHINA, AIDAR ORYNBEKOV, VALENTINA POKROVSKAIA, NURSULU TAUKEBAYEVA, ANNA TCEBEKOVA, DZERASSA TEMIRAEVA, AKZHARKYN YEDRISSOVA, TAMAR ZABAKHIDZE, (collectively, "Named Plaintiffs"), through its undersigned counsel and pursuant to this Court's Order (ECF 293), hereby withdraws its Motion to Certify Class and incorporated Memorandum of Law and affirmations (the "Motion") (ECF 234-238).

---

Application granted. The Clerk of Court is respectfully requested to terminate ECF 234 and ECF 295.

Date: 2/24/2025
New York, NY

SO ORDERED

*/s/ Robyn Tarnofsky*
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

---

1

## **CERTIFICATE OF SERVICE**

I certify that on February 21, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: New York, New York
February 21, 2025

                                  Respectfully submitted,

                                  **BALLON STOLL P.C.**

By: *Vano I. Haroutunian*

Vano Haroutunian (VH1010)
810 Seventh Avenue, Suite 405
New York, New York 10019
Telephone (212) 575-7900
Facsimile (212) 764-5060
E-mail: vharoutunian@ballonstoll.com
*Attorneys for Plaintiffs*