UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                     Plaintiffs,

-against-

APPLE COMMUTER, INC., et al.,

                     Defendants.

22-CV-8684 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 6, 2024, I ordered Plaintiffs to file an Amended Proposed Findings of Fact and Conclusions of Law and supporting materials ("Default Judgment Documents") by January 15, 2025. (*See* ECF 272.) I further ordered Plaintiffs, prior to filing the Default Judgment Documents, to serve those documents and a copy of the December 6, 2024 order on Defendants New York Marketing Inc., Hotel at Times Square, Moosazadeh, and Diedrich (the "Defaulting Defendants"). (*See id.*) I further ordered Plaintiffs to file proof of such service along with their Default Judgment documents. (*See id.*) To date, Plaintiffs have not filed proof of such service. (*See* ECF 281.)

The deadline for filing the required proof of service is extended nunc pro tunc until **March 18, 2025**.

DATED: March 17, 2025
              New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**