UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                        Plaintiffs,

    -against-

APPLE COMMUTER, INC., et al.,

                        Defendants.

22-CV-8684 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 6, 2024, I ordered Plaintiffs to file an Amended Proposed Findings of Fact and Conclusions of Law and supporting materials ("Default Judgment Documents") by January 15, 2025. (*See* ECF 272.) I further ordered Plaintiffs, prior to filing the Default Judgment Documents, to serve those documents and a copy of the December 6, 2024 order on Defendants New York Marketing Inc., Hotel at Times Square, Moosazadeh, and Diedrich (the "Defaulting Defendants"). (*See id.*) I further ordered Plaintiffs to file proof of such service along with their Default Judgment Documents. (*See id.*) Plaintiffs' filing of their Default Judgment Documents did not include proof of such service. (*See* ECF 281.)

On March 17, 2025, I extended Plaintiffs' deadline to file the required proof of service to March 18, 2025. (*See* ECF 301, Order.) On March 18, 2025, Plaintiffs filed proof of service on Defaulting Defendant New York Marketing Inc. and former Defendant RPH Hotels 51 Street Owner LLC. (*See* ECF 302, Affidavit of Service.) Plaintiffs have not filed proof of service on the three other Defaulting Defendants.

The deadline for filing the required proof of service, in compliance with my December 6, 2024 order, is extended nunc pro tunc until **March 21, 2025**.

DATED: March 20, 2025
New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge