# BALLON STOLL P.C.

COUNSELLORS AT LAW        FOUNDED 1931        810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

VANO I. HAROUTUNIAN
vharoutunian@ballonstoll.com

April 25, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

       Re:      *Abuladze, et al. v. Apple Commuter, Inc., et al.*
                 Case No.: 1:22-cv-08684-GHW-RFT
                 Our File No.: 20559.002

Dear Magistrate Judge Tarnofsky:

       We represent the Plaintiffs in the above-referenced action. The Court's Order dated April 17, 2025, requires the parties to file a stipulation of dismissal by April 25, 2025 (See ECF 309). We write to the Court, on consent of the Hotel Defendants, to respectfully request a 30-day extension of such due date to May 26, 2025.

       As the Court is aware, in November of 2024 the Plaintiffs and certain active Defendants in this matter, the Apple Commuter Defendants and the Hotel Defendants, agreed to a settlement in principle. On that basis in In February of 2025, Plaintiffs withdrew their Motion to Certify Class. The reason for the requested adjournment is that the Hotel Defendants who intend to settle advise that they will need additional time to evaluate the impact and consequences of a settlement in a non-class action matter.

       We thank the Court in advance for its consideration.

                                                         Respectfully submitted,

                                                         */s/ Vano Haroutunian*
                                                         Vano I. Haroutunian, Esq. (VH1010)
                                                         *Counsel for Plaintiffs*

cc:      All Counsel of Record (via ECF)