UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                Plaintiffs,

  -v-

APPLE COMMUTER INC., et al.,

                Defendants.

22-CV-08684 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The motion for an extension of time to file a stipulation of dismissal (ECF 310), which motion was made belatedly, on the due date for filing the stipulation (ECF 309), is GRANTED IN PART.

      Plaintiffs asked to withdraw their motion for class certification (ECF 295) on February 21, 2025, and I granted that motion on February 24, 2025 (ECF 297). The settling defendants therefore have had over two months to consider the implications of settling on a non-class basis. As a courtesy, I am extending the deadline for filing the stipulation of dismissal nunc pro tunc until **May 5, 2025**.

      The Clerk of Court is respectfully requested to terminate ECF 310.

DATED:  April 28, 2025
             New York, New York

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge