UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAKHA ABULADZE, et al.,<br><br>                              Plaintiffs,<br>-against-<br><br>APPLE COMMUTER, INC., et al.,<br><br>                             Defendants. | 22-CV-8684 (MMG) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiffs shall file any motion for class certification by **June 20, 2025**. Any Defendant may respond to any such motion by **July 7, 2025**. Plaintiffs may file a reply brief in further support by **July 21, 2025**.

DATED:  June 9, 2025
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**