UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAKHA ABULADZE, et al.,<br><br>       *Plaintiffs,*<br><br>-against-<br><br>APPLE COMMUTER INC., et al.<br><br>       *Defendants*. | Case No. 22-cv-8684 (MMG)(RFT) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declarations of Vano I. Haroutunian, and exhibits thereto, Plaintiffs shall move the Court at such date and time as counsel may be heard to grant the following relief:

(1) Pursuant to Fed. R. Civ. P. 23, certify a Class defined as all concierge workers of Hotel Defendants with similar compensation structures and who are or were employed by Hotel Defendants on or after August 23, 2015; appoint Natia Duduchava and Tamar Zabakhidze as Class Representatives; appoint Plaintiffs' counsel as Class Counsel; order Hotel Defendants to produce to Plaintiffs a Microsoft Excel list, in electronic format, of all Class Members' names, last known address, all known telephone numbers, dates of employment, and job titles; and authorize the mailing of the proposed Notice to all Class Members.

Dated: New York, NY
   October 21, 2025

              By: */s/ Vano I. Haroutunian*
                Vano I. Haroutunian, Esq VH1010
                Ballon Stoll P.C.
                810 Seventh Avenue, Suite 405
                New York, NY 10019
                (212) 575-7900
                vharoutunian@ballonstoll.com