UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAKHA ABULADZE, et al.,

                          Plaintiffs,

-against-

APPLE COMMUTER, INC., et al.,

                          Defendants.

22-CV-8684 (MMG) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 24, 2025, Plaintiffs filed a motion for provisional class certification. (ECF 325.) Any responses to the motion for class certification shall be filed by **November 7, 2025**, and any reply by Plaintiff shall be filed by **November 15, 2025**.

DATED:  October 24, 2025
              New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**