UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                         Plaintiffs,

-against-                                       22-CV-8684 (MMG) (RFT)

APPLE COMMUTER, INC., et al.,                       **ORDER**

                        Defendants.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Plaintiffs and Hotel Defendants have requested additional time to finalize their settlement agreement before Plaintiffs seek class certification. (ECF 331.) Plaintiffs' unopposed request to withdraw its prior motions for class certification (ECF 318, 325) is GRANTED. Plaintiffs shall have until **December 19, 2025** to file a renewed motion for class certification; if that motion is unopposed by Hotel Defendants, the motion shall so indicate; and if the motion is opposed, Hotel Defendants shall have until **December 29, 2025** to file their opposition. My report and recommendation at ECF 327 is **WITHDRAWN**. The Clerk of Court is respectfully requested to terminate ECF 318, 325, and 331.

DATED:  November 7, 2025
              New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**