CILENTI & COOPER, PLLC

ATTORNEYS AT LAW

60 East 42nd Street – 40th Floor
New York, New York 10165
_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

December 3, 2025

**BY ECF**

Hon. Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** ***Abuladze v. Apple Commuter, Inc., et. al***
> **Case No. 22-CV-8684 (MMG) (RFT)**

Dear Judge Tarnofsky,

We are counsel to the Apple Commuter and Biren Shah, in the above-referenced matter. I am writing to respectfully request the court extend the parties time to file the dismissal of Apple Commuter for thirty (30) days. We recently received a proposed settlement agreement but have not had time to review it with our client due to the holidays. We asked plaintiffs' counsel for consent to this application and also suggested some changes to the agreement but as yet counsel has not responded. We note that the court scheduled a settlement status call for this Friday and we respectfully ask the court to adjourn the call *sin die* in light of the status as described herein.

Thank you for your consideration of this case.

Respectfully submitted,

CILENTI & COOPER, PLLC

/s/ Peter H. Cooper

By: _____

Peter Hans Cooper

cc:    All Counsel of Record (by ECF)

The application to adjourn the scheduled telephonic status conference involving Plaintiff and Defendants Shah and Apple Commuter (ECF 333) is **GRANTED IN PART**, in that the status conference is rescheduled as an in-person conference to be held on **January 6, 2026 at 11:00 AM in Courtroom 9B at 500 Pearl Street, New York, NY**. Defendants Shah and Apple Commuter state that they expect the relevant parties to be able to file a stipulation of dismissal of the remaining claims against Defendants Shah and Apple Commuter on or before **January 5, 2026**; if such a stipulation of dismissal is filed by **January 5, 2026**, the conference scheduled for January 6, 2026 shall be canceled, but if no such stipulation is filed by that date, I do not anticipate further adjournments of the status conference and I do not anticipate allowing the conference to proceed telephonically. The Clerk of Court is respectfully requested to terminate ECF 333.

SO ORDERED.

Dated:  December 3, 2025
New York, NY

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE