## CILENTI & COOPER, PLLC

### ATTORNEYS AT LAW

60 East 42nd Street – 40th Floor
New York, New York 10165

Telephone (212) 209-3933
Facsimile (212) 209-7102

December 17, 2025

**STATUS REPORT AND
MOTION TO ADJOURN**

**BY ECF**
Hon. Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The status settlement conference scheduled for January 6, 2026 is now held on **Thursday, January 8, 2026 at 11 AM** in Courtroom 9B at 500 Pearl Street, New York, NY.

If a stipulation of dismissal is filed by January 7, 2026, the conference scheduled for January 8, 2026 shall be canceled, but if no such stipulation is filed by that date, I do not anticipate further adjournments of the conference and I do not anticipate allowing the conference to proceed telephonically.

The Clerk of Court is respectfully requested to grant ECF 335.

Dated: December 17, 2025
New York, NY

SO ORDERED

*Robyn Tarnofsky*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:    **Abuladze v. Apple Commuter, Inc., et. al
Case No. 22-CV-8684 (MMG) (RFT)**

Dear Judge Tarnofsky,

We are counsel to the Apple Commuter and Biren Shah, in the above-referenced matter. I am writing to respectfully request the court adjourn the status conference scheduled for January 6, 2025 [Docket 334].

Defendants Apple and Biran Shah have executed the settlement agreement. We await confirmation that plaintiffs have executed and also we have asked plaintiffs' counsel to arrange to have the dismissal signed by all parties who have asserted cross-claims.

The undersigned has plans to be with family in Miami and I am scheduled to return on January 7th. As such I respectfully ask the court to adjourn the conference to January 8th or the court's earliest date thereafter. I informed plaintiffs' counsel of this request. Naturally we hope and anticipate that plaintiffs will file the dismissal and the conference can be canceled.

Thank you for your consideration of this case and we wish you a happy holiday.

Respectfully submitted,
CILENTI & COOPER, PLLC

/s/ Peter H. Cooper

By:    _____
        Peter Hans Cooper

cc:    All Counsel of Record (by ECF)