UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                         Plaintiffs,

        -against-                                           22-CV-8684 (MMG) (RFT)

APPLE COMMUTER, INC., et al.,                                      **ORDER**

                         Defendants.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on January 8, 2026 among Plaintiffs and Hotel Defendants: 1) Defendants shall, by **January 14, 2026** provide Plaintiffs with a draft settlement agreement for review and comment; 2) Plaintiffs shall inform the Court **by January 21, 2026** whether his clients have accepted and signed off of the agreement; and 3) if Plaintiffs have accepted and signed off of the agreement, Plaintiffs shall, by **January 23, 2026** a) withdraw the pending motion for class certification (ECF 338) and b) refile a class certification motion as to the Hotel Defendants that includes the finalized settlement agreement among Plaintiffs and the Hotel Defendants for Court review.

As discussed at the conference held on January 8, 2026 among Plaintiffs and the Shah Defendants, Plaintiffs' counsel shall, by **January 14, 2026**, file a letter on the docket indicating the status of obtaining his clients' signatures on the settlement agreement between Plaintiffs and Shah Defendants. Failure by Plaintiffs' counsel to file the letter as required may lead to monetary sanctions, which may include a per day penalty for each day the required filing is late.

DATED:  January 8, 2026
        New York, New York

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE