UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                        Plaintiffs,

    -against-                                               22-CV-8684 (MMG) (RFT)

APPLE COMMUTER, INC., et al.,                               **ORDER**

                        Defendants.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 15, 2026, I issued an order directing Plaintiffs and the Shah Defendants to either file their stipulation of dismissal or further update the Court on their efforts to be in a position to file that stipulation by January 23, 2026. (ECF 350.) They have not done so. The deadline for Plaintiffs and the Shah Defendants to either file their stipulation of dismissal or further update the Court on their efforts to be in a position to file that stipulation is extended sua sponte and nunc pro tunc until **February 2, 2026.**

Dated: January 29, 2026                    SO ORDERED.
       New York, NY

                                           **ROBYN F. TARNOFSKY**
                                           **United States Magistrate Judge**