UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAKHA ABULADZE, et al.,<br><br>                          Plaintiffs,<br>    -against-<br><br>APPLE COMMUTER, INC., et al.,<br><br>                          Defendants. | 22-CV-8684 (MMG) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The letter seeking removal of George Vallas from the docket listing him as counsel in this case (ECF 364) falls within the scope of my reference. The request is **GRANTED**, and the Clerk of Court is respectfully requested to terminate Mr. Vallas from the docket; other members of his former firm will continue the representation of Edison Management Co. in this matter.

Dated: February 12, 2026                          SO ORDERED.
      New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**