UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                         Plaintiffs,

        -against-

APPLE COMMUTER, INC., et al.,

                         Defendants.

22-CV-8684 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Hotel Defendants shall file a letter on the docket by **February 26, 2026** indicating whether they plan to oppose Plaintiffs' motion for class certification and settlement approval (ECF 370) and proposing a briefing schedule if appropriate. In light of Plaintiffs' filing of a new motion for class certification and settlement approval, the prior such motion (ECF 338) is deemed WITHDRAWN. The Clerk of Court is respectfully requested to terminate ECF 338.

Dated: February 20, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**