UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

                              Plaintiffs,

         -against-                                                22-CV-8684 (MMG) (RFT)

APPLE COMMUTER, INC., et al.,                                     **ORDER**

                              Defendants.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiffs' motion for preliminary approval of a class action settlement (the "Settlement Agreement") and provisional class certification, for settlement purposes only, pursuant to Rule 23 of the Federal Rules of Civil Procedure (the "Fifth Motion"). (*See* ECF 375.) The filings in support of the Fifth Motion contain certain deficiencies:

1.      Plaintiff's Memorandum or Law in support repeatedly cites to an Exhibit A, but no such exhibit is attached to the filings in support of the Fifth Motion. I infer from context that Exhibit A was meant to be the proposed Settlement Agreement. Plaintiffs are ORDERED, by **May 11, 2026**, to file on the docket the document they intended to include as Exhibit A.

2.      The Proposed Class Action Notice filed in support of the Fifth Motion (ECF 375-3) appears to be a draft: it contains highlighted text and multiple bracketed sections with information left to be filled in; places brackets around the 90-day deadline; uses multiple different font sizes for no apparent reason; has remnants of track changes on pages 4, 5, and 7; includes the wrong case name in the text of paragraph 10; includes the correct case name where the claims administrator's name and address should be; omits the form W-9, which should be attached; and lists the fairness hearing as being planned for 2024 rather than 2026.

Plaintiffs are ORDERED, by **May 11, 2026,** to file on the docket a version of the Class Action

Notice that corrects these issues.

Dated: May 4, 2026                                    SO ORDERED.
      New York, NY

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

2