UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAKHA ABULADZE, et al.,

Plaintiffs,

-against-

APPLE COMMUTER, INC., et al.,

Defendants.

22-CV-8684 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 7, 2026 I ordered Plaintiffs to file documentation on the docket supporting Plaintiffs' Counsel's fee request, including Plaintiffs' retainer agreements and Counsel's billing records, by May 13, 2026. (*See* ECF 380, Order.) Plaintiffs requested an extension to comply with my other orders to supplement, which I granted, but did not request an extension of this deadline. (*See* ECF 381; ECF 382; ECF 383.) To date, Plaintiffs have not filed the requested documentation supporting Plaintiffs' Counsel's fee request.

Accordingly, I am nunc pro tunc extending Plaintiffs' deadline to file the requested documentation supporting Plaintiffs' Counsel's fee request by **June 5, 2026**. No further extensions will be granted absent extremely good cause shown.

Dated: June 1, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**