GREENWALD·DOHERTY
Attorneys at Law
30 Ramland Road, Suite 201 Orangeburg, New York 10962 TEL: 845.589.9300 FAX: 845.638.2707

Application GRANTED. The Clerk of Court is respectfully requested to terminate Arsenio David Rodriguez's appearance as counsel for Defendant Edison Management Co. LLC from the docket.

Dated: October 20, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

October 20, 2026

**VIA ECF**

Hon. Margaret M. Garnett, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *Kakha Abuladze, et al., v. Apple Commuter Inc., et al.***
**Case No: 22-cv-8684-MMG-RFT**

Dear Judge Garnett,

We represent Edison Management Co. LLC a/k/a Edison Hotel in this matter. We submit this correspondence to advise your Honor that Arsenio Rodriguez is no longer employed with our firm. We respectfully request that he be removed from the docket on the above-referenced case.

Thank you in advance for your courtesy and attention to this matter.

Very truly yours,

/s/

Kevin M. Doherty
KD@GreenwaldLLP.com

KD/kv

Cc: Hon. Robyn F. Tarnofsky, U.S.M.J.